IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL BOYD CHRISTENSEN | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 1466A(a)(1), 2252A(a)(2)(A), 2252A(a)(5)(B), 2252A(b)(1), and 2252A(b)(2) |

## COUNT ONE

### Receipt of Child Pornography

The Grand Jury Charges:

Between in or about December 2023 and in or about January 2024, in the District of North Dakota,

DANIEL BOYD CHRISTENSEN

did knowingly, and did attempt to, receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

COUNT TWO

**Possession of Materials Containing Child Pornography**

The Grand Jury Further Charges:

From a date unknown until on or about April 24, 2024, in the District of North Dakota,

DANIEL BOYD CHRISTENSEN

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved prepubescent minors and minors that had not attained 12 years of age, and which material had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

<u>COUNT THREE</u>

**Production of an Obscene Visual Representation of the Sexual Abuse of a Child**

The Grand Jury Further Charges:

Between in or about December 2023 and in or about January 2024, in the District of North Dakota,

DANIEL BOYD CHRISTENSEN

did knowingly, and did attempt to, produce a visual depiction of any kind, including a drawing, cartoon, sculpture, and painting, that depicts a minor engaging in sexually explicit conduct and is obscene, and any visual depiction involved in the offense has been transported in interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 1466A(a)(1) and 2252A(b)(1).

<u>FORFEITURE NOTICE</u>

Upon conviction of violating Title 18, United States Code, Sections 1466A and 2252A as charged in this Indictment,

DANIEL BOYD CHRISTENSEN

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One Samsung model SM-S9080 (S22 Ultra) cellular telephone, serial number RFCT41YPVXN.

By virtue of the commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States, pursuant to Title 18, United States Code, Sections 1467 and 2253.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

DLR/tmg