### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING SURRENDER** |
| | ) | **TO U.S. MARSHAL CUSTODY** |
| v. | ) | |
| | ) | |
| Daniel Boyd Christensen, | ) | Case No. 1:25-cr-00189 |
| | ) | |
| Defendant. | ) | |

On October 7, 2025, Defendant filed a *Motion for Release from Custody* to attend Veterans Mental Health Treatment at the Hot Springs VA Medical Center in Hot Springs, South Dakota. (Doc. No. 24). On October 10, 2025, the court ordered Defendant conditionally released to the Hot Springs VA Medical Center for treatment. (Doc. No. 26).

On December 8, 2025, Defendant filed a *Motion to Modify Conditions of Release and Continue Treatment*. (Doc. No. 39). Therein, Defendant requested the court modify his conditions of release so that he could extend his stay at the Hot Springs VA Medical Center to continue treatment until December 26, 2025. The court granted the motion on December 9, 2025, and advised Defendant that upon completion of treatment as anticipated on December 26, 2025, he was to immediately surrender to the custody of the United States Marshal Service. (Doc. No. 40).

On December 23, 2025, the court was advised that Defendant is anticipated to complete treatment as expected on December 26, 2025. Accordingly, upon completion of treatment on December 26, 2025, Defendant shall be transported by his aunt and uncle, Cathy and Frank Omstead, from the Hot Springs VA Medical Center to the Burleigh Morton Detention Center where Defendant is directed to surrender to the custody of the United States Marshal by 5:00 PM CT.

**IT IS SO ORDERED.**

Dated this 23rd day of December, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
