**Outlook**

---

## Re: Open Records Request for Emails of Nathan Madden

---

**From** Christopher Redmann <credmann@crlawbismarck.com>

**Date** Sat 4/25/2026 11:24 PM

**To** JaakanW@co.williams.nd.us <JaakanW@co.williams.nd.us>

Notice under 44-04-21.2(3)



*Notice: This electronic mail transmission may be privileged and confidential. It is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately contact Chris Redmann Law, P.L.L.C. at (701)893-2149.*

---

**From:** Christopher Redmann <credmann@crlawbismarck.com>

**Sent:** Tuesday, April 14, 2026 9:18 AM

**To:** JaakanW@co.williams.nd.us <JaakanW@co.williams.nd.us>

**Subject:** Open Records Request for Emails of Nathan Madden

Jaakan-

Hope you're doing well. Pursuant to NDCC 44-04, please consider this an open records request for the following items:

1. Email communication sent, drafted, deleted, or otherwise composed by Nathan Madden between July 1, 2025, and September 30, 2025, with the keywords "Dan Christensen," Daniel Christensen," "Christensen," "Child pornography," "pornography," "Prohibited materials," "cp," "27-2024-CR-01458," "louser" or any combination of these keywords.  <u>Note this is a server-side search request</u> for your IT-Department to isolate and produce these records whether or not they are still available on Madden's outlook email account.

**Exhibit A — Page 1 of 2**

United States v. Christensen
Case No. 1:25-cr-189

I assume this will exceed one hour of review, so let me know the timeframe your IT Department has to compelete this request, and I will get you payment in advance.  Typically, in my experience, this will take 3-5 hours of work to produce and redact.

Thanks,

Chris



**Chris Redmann**
A T T O R N E Y

Chris Redmann Law PLLC  |  Bismarck, North Dakota

701.893.2149  |  credmann@crlawbismarck.com

*Notice: This electronic mail transmission may be privileged and confidential. It is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately contact Chris Redmann Law, P.L.L.C. at (701)893-2149.*

**Exhibit A — Page 2 of 2**

United States v. Christensen
Case No. 1:25-cr-189