

May 5, 2026

**Atty. Christopher Redmann**
1515 Burnt Boat Drive
Suite C #286
Bismarck, ND 58503

Re: Daniel Christensen

Dear Atty. Redmann:

As you are aware, there is an ongoing federal prosecution in this matter.  As such, N.D.C.C. §§44-04-18.7; 44-04-19.1(1, 3, 6(a), and (6)(c)) would apply to any communications between/among law enforcement and with the United States Attorney's Office.

You had indicated that you were not interested in emails containing: 1) marketing "spam"; 2) scheduling communications; 3) documents filed notifications; 4) emails regarding unrelated matters that happened to include words that were part of your query request; and 5) similar items.

/s/ Nathan Kirke Madden
Nathan Kirke Madden #06518
P.O. Box 2047
Williston, ND  58802-2047
(701) – 577 – 4577

**Williams County State's Attorney's Office**
Jaakan Williams | Williams County State's Attorney
Nathan Madden, ASA | Kate Preusse, ASA | Chanara Allen, ASA

PO Box 2047  |  205 E Broadway  |  Williston, ND 58802-2047  |  Phone 701.577.4577  |  Fax 701.577.4578  |  53sawilliams.nd.us

United States v. Christensen
Case No. 1:25-cr-189

Exhibit B — Page 1 of 1